No. 8585. STATE ex Rel. MARION D. SCHMOYER, Relator, v. DISTRICT COURT OF THE SIXTEENTH JUDICIAL DISTRICT and the HON. RUDOLPH NELSTEAD, Presiding Judge thereof, Respondents.

Decided January 20, 1945.

PER CURIAM: Upon the authority of sections 6995, 6998, 7003, 7006 and 10610, Revised Codes, and the decision of this court in the case of *Chadwick v. Tatem*, 9 Mont. 354, 23 Pac. 729, the writ prayed for is denied.

*Messrs. Al Hansen, D. L. O'Hern* and *W. B. Leavitt,* for Relator.